UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Universal Hospital Services, Inc.,

        Plaintiff,                        Civil No. 01-1921 (RHK/JMM)

vs.                                          **O R D E R**

Paul Rumbos,

        Defendant.

---

      Pursuant to counsel's December 5 letter (copy attached), the December 20, 2001, hearing on Plaintiff's Motion for Preliminary Injunction is **CANCELED**. Pending the parties' mediation efforts, and until further Order of this Court, the Temporary Restraining Order (Doc. No. 13) entered on November 2, 2001, remains in full force and effect. If the mediation efforts are unsuccessful, the preliminary injunction motion will be rescheduled.

Dated: December 5, 2000

                                                        RICHARD H. KYLE
                                                        United States District Judge

DEC 0 5 2001
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____