**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Universal Hospital Services, Inc.,

Plaintiff, Civil No. 01-1921 (RHK/JMM)

vs. **ORDER**

Paul Rumbos,

Defendant.

---

Pursuant to counsel's December 5 letter (copy attached), the December 20, 2001, hearing on Plaintiff's Motion for Preliminary Injunction is **CANCELED**. Pending the parties' mediation efforts, and until further Order of this Court, the Temporary Restraining Order (Doc. No. 13) entered on November 2, 2001, remains in full force and effect. If the mediation efforts are unsuccessful, the preliminary injunction motion will be rescheduled.

Dated: December 5, 2000

RICHARD H. KYLE
United States District Judge

DEC 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK