UNITED-STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNIVERSAL HOSPITAL SERVICES, INC.,

        Plaintiff,

vs                                                   CV 01-1921 RHK/JMM

PAUL RUMBOS,

        Defendant.

### ORDER OF DISMISSAL

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 2, 2002

                                                    RICHARD H. KYLE, JUDGE
                                                    U.S. DISTRICT COURT

JAN 0 2 2002
FILED _____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____