UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Universal Hospital Services, Inc.,

    Plaintiff,

vs.

Paul Rumbos,

    Defendant.

File No. 01-CV-1921 (RHK/JMM)

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their respective counsel, that all claims of Plaintiff against the Defendant Paul Rumbos, individually, be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any other party, and that the parties to this Stipulation may apply to the court pursuant to this Stipulation for an order directing that a judgment of dismissal be entered accordingly.

Larkin, Hoffman, Daly & Lingren, Ltd.

Dated: 3-6-02

By: _____
Bruce J. Douglas, Esq., #23966
Daniel J. Ballintine, Esq., #256584
Attorneys for Plaintiff
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington MN 55431-1194
(952) 835-3800

FILED
MAR 1 1 2002
RICHARD D. SLETTEN
JUDGMENT ENTD. MAR 1 1 200
DEPUTY CLERK

Dated: 3/7/02   By:   *Richard A. Lind* by mpc
                     Richard A. Lind #63381
                     Attorneys for Defendant
                     150 South Fifth Street
                     Suite 1700
                     Minneapolis MN 55402
                     (612) 333-3637

Lind, Jensen, Sullivan & Peterson
A Professional Association

## ORDER OF DISMISSAL

Upon the foregoing Stipulation of Dismissal With Prejudice, the Court Administrator is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, with prejudice on the merits and without costs or disbursements.

BY THE COURT:

Dated: 3/11/02

Hon. Richard H. Kyle
United States District Judge