UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Universal Hospital Services, Inc.,

Plaintiff,

vs.

Paul Rumbos,

Defendant.

File No. 01-CV-1921 (RHK/JMM)

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their respective counsel, that all claims of Plaintiff against the Defendant Paul Rumbos, individually, be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any other party, and that the parties to this Stipulation may apply to the court pursuant to this Stipulation for an order directing that a judgment of dismissal be entered accordingly.

Larkin, Hoffman, Daly & Lingren, Ltd.

Dated: 3-6-02 By: _______________

Bruce J. Douglas, Esq., #23966
Daniel J. Ballintine, Esq., #256584
Attorneys for Plaintiff
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington MN 55431-1194
(952) 835-3800

FILED MAR 11 2002
RICHARD D. SLETTEN
JUDGMENT ENTD MAR 11 200
DEPUTY CLERK

Lind, Jensen, Sullivan & Peterson
A Professional Association

Dated: 3/7/02 By: ______________________
Richard A. Lind #63381
Attorneys for Defendant
150 South Fifth Street
Suite 1700
Minneapolis MN 55402
(612) 333-3637

**ORDER OF DISMISSAL**

Upon the foregoing Stipulation of Dismissal With Prejudice, the Court Administrator is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, with prejudice on the merits and without costs or disbursements.

BY THE COURT:

Dated: 3/11/02 ______________________
Hon. Richard H. Kyle
United States District Judge